UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

8:11-cv-01085-SDM-EAJ

ROBERT COHEN, Individually;
And ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation,

    Plaintiffs,

vs.

SARASOTA BUFFALO WINGS, LLC d/b/a
WINGS-N-WEENIES, DEBORAH R.
ROBERTSON d/b/a KDL ASSOCIATES,
KATHERINE WILDEY d/b/a KDL
ASSOCIATES, and LAURENCE B. OETH,
III d/b/a KDL ASSOCIATES

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and states that the parties have reached an agreement with Defendants as to the resolution of all claims against them. Plaintiff is currently awaiting receipt of settlement documents from defense counsel and the undersigned anticipates submitting a joint stipulation of dismissal to the Court for approval within 10 days.

    1.    On September 29, 2011, the parties submitted A Stipulation for approval and entry of consent decree, and dismissal of case with prejudice.

    2.    Settlement in this action is dependant on dismissal and adoption of the parties' proposed consent decree.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this **25th day of October 2011**.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

Respectfully submitted,

By: /s/ Daniel B. Reinfeld
DANIEL B. REINFELD, ESQ.
Florida Bar No.: 174815
DILL & REINFELD, PLLC
Attorneys for Plaintiff
Wells Fargo Financial Center
1909 Tyler Street, Fourth Floor
Hollywood, FL 33020
Telephone: (954) 494-4131
Facsimile: (954) 628-5054
E-Mail: dan@reinfeldlaw.com

**ROBERT COHEN, et al., v. SARASOTA BUFFALO WINGS, LLC, et al.,**
**8:11-cv-01085-SDM-EAJ**
<u>**Service List**</u>

STEELE T. WILLIAMS, ESQ.
STEELE T. WILLIAMS, P.A.
Pineapple Place
1381 Mcansh Square
Sarasota, FL 34236-5620
Telephone: (941) 378-1800
Email: SteeleTWilliams@comcast.net