UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT COHEN and
ACCESS FOR THE DISABLED,
INC.,

    Plaintiffs,

v.   CASE NO: 8:11-cv-1085-T-23EAJ

SARASOTA BUFFALO WINGS,
LLC et al.,

    Defendants.
_____/

## ORDER

The stipulation of dismissal (Doc. 19) is **APPROVED**. Under Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on April 12, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE